IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOHN THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.; NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC. LOSS OF LICENSE PLAN; PETERSEN INTERNATIONAL UNDERWRITERS INCORPORATED; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NUMBER 1476378-25; AND DISABILITY MANAGEMNT SERVICES, INC., | ) No. 3:16-cv-724-FDW-DSC |
| Defendants. | ) |

## **ORDER**

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Mark E. Schmidtke and Vance E. Drawdy]" (documents ## 6 and 7) filed November 28, 2016. For the reasons set forth therein, the Motions will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: November 28, 2016

David S. Cayer
United States Magistrate Judge